UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Petitioner,

vs.

Civil Action No. 5:08-HC-2106
HON. BERNARD A. FRIEDMAN

ROBERT ARRINGTON,
    Respondent.

## JUDGMENT

The court in this matter has issued findings of fact and conclusions of law on the record. In accordance therewith,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for petitioner and against respondent.

IT IS FURTHER ORDERED AND ADJUDGED that respondent is hereby committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4248.

DENNIS IAVARONE
CLERK OF COURT

By: _____

Approved: _____
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION